**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CHARLES HUXLEY, on his own
behalf and others similarly situated,

    Plaintiff,

v.                                                   CASE NO: 8:06-cv-1032-T-26EAJ

CALADESI MOBIL, INC.,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Strike (Dkt. 15) is denied. As Plaintiff points out, Eleventh Circuit precedent allows a defendant to recover attorney's fees under the Fair Labor Standards Act upon a showing of "bad faith." See Kreager v. Solomon & Flanagan, P.A., 775 F. 2d 1541, 1543 (11th Cir. 1985). In the Court's view, the fact that Defendant did not allege the magical phrase "bad faith" in its answer does not detract from its entitlement to claim attorney's fees under this precedent.

**DONE AND ORDERED** at Tampa, Florida, on August 15, 2006.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record